No. 541.  FIRST NATIONAL BANK OF GULFPORT, MISSISSIPPI, *v.* WIRT ADAMS, REVENUE AGENT, ETC.  October 25, 1920.  Petition for a writ of certiorari to the Supreme Court of the State of Mississippi granted.  *Mr. William H. Watkins* for petitioner.  No appearance for respondent.

No. 543.  EPHRAIM LEDERER, COLLECTOR OF INTERNAL REVENUE, *v.* ALEXANDER J. STOCKTON, SOLE SURVIVING TRUSTEE, ETC.  October 25, 1920.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.  *The Solicitor General* for petitioner.  *Mr. James Wilson Bayard* for respondent.

No. 555.  THE TEXAS COMPANY *v.* HOGARTH SHIPPING CORPORATION, LIMITED, OWNER, ETC., ET AL.  October 25, 1920.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.  *Mr. John W. Griffin* for petitioner.  *Mr. John M. Woolsey* for respondents.

No. 570.  CHICAGO & NORTH WESTERN RAILWAY COMPANY *v.* C. C. WHITNACK PRODUCE COMPANY.  October 25, 1920.  Petition for a writ of certiorari to the Supreme Court of the State of Nebraska granted.  *Mr. Wymer Dressler* and *Mr. Thomas P. Littlepage* for petitioner.  *Mr. Henry H. Wilson* for respondent.